UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JAIME GUTIERREZ and RAMON GUTIERREZ,
*on behalf of themselves and all others similarly situated*,

                     Plaintiffs,

-v-

TRYAX REALTY MANAGEMENT, INC., 1027 WALLCO L.L.C., MICHAEL SCHMELZER, MATTHEW SCHMELZER, MIGUEL LEON, and CESAR MALDONADO,

                     Defendants.

17 Civ. 6752 (PAE)

ORDER

------------------------------------------------------------

**PAUL A. ENGELMAYER, District Judge:**

On September 18, 2020, the parties submitted a proposed settlement agreement and a letter in support in this Fair Labor Standards Act and New York Labor Law action. Dkt. 99. However, the agreement submitted does not contain the signatures of any party to this action, *see* Dkt. 99-1 at 5, and the Court declines to approve that agreement absent those signatures.

Accordingly, the Court denies the parties' request for approval of the proposed agreement without prejudice to their submitting a fully executed agreement for the Court's review.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: September 28, 2020
       New York, New York